UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Kevin Weaver,                                        Civil No. 13-2335 (PAM/LIB)

                Plaintiff,

v.                                                                                **ORDER**

Wisconsin Central Ltd., Wisconsin
Central Ltd, as successor in interest
to Duluth Missabe and Iron Range
Railway Company, Illinois Central
Railroad Company, CN Transportation
Limited, and Wisconsin Central
Transportation Corporation,

                Defendants.

---

    This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Leo I. Brisbois dated January 27, 2014. The R&R recommended that with regard to Defendants Illinois Central Railroad Company, CN Transportation Limited, and Wisconsin Central Transportation Limited, Plaintiff's Complaint should be dismissed for failure to effect service and for lack of prosecution. Plaintiff has since confirmed that Wisconsin Central Ltd. is the only Defendant that should be named in this suit. (Docket No. 17.) Based on Plaintiff's submission, the Court adopts the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R (Docket No. 13) is **ADOPTED**; and

2. Defendants Illinois Central Railroad Company, CN Transportation Limited, and Wisconsin Central Transportation Limited are **DISMISSED with prejudice**.

Dated: February 26, 2014

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge